Case 1:19-cv-04166-RA Document 20 Filed 02/25/20 Page 1 of 1

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTIN REID, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SERVICE LIGHTING AND ELECTRICAL SUPPLIES, INC.,

Defendant.

Case No. 1:19-cv-04166

**STIPULATION TO DISMISS WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, discontinued in its entirety, with prejudice, against Defendant, without fees or costs against either party.

Dated: New York, New York
February 25, 2020

STEIN SAKS, PLLC

By: _____
David P. Force
285 Passaic Street
Hackensack, NJ 07601
Phone: (201) 282-6500
Email: dforce@steinsakslegal.com

*Attorney for Plaintiff*

DENTONS US LLP

By: _____
Timothy J. Straub
1221 Avenue of the Americas
New York, NY 10020-1089
Phone: (212) 768-6700
Email: timothy.straub@dentons.com

*Attorneys for Defendant*

SO ORDERED:

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
02-26-20